**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  10-cv-02547-LTB-BNB

DANIEL BECKER,

       Plaintiff,

v.

THE DEN, LLC
d/b/a IZAKAYA DEN, a Colorado Limited Liability Company,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 16 - filed October 26, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                             BY THE COURT:

                               s/Lewis T. Babcock
                             Lewis T. Babcock, Judge

DATED:   October 27, 2011